

Michael Rowan
Phone: (609) 452-5029
Fax: (609) 452-6105
mrowan@saul.com
www.saul.com

April 14, 2016

**VIA ECF**

The Honorable Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

    Re:    Hoenig v. Dreambuilder Investments, LLC, et al., 15-CV-9923
           Letter-Motion for Adjournment of April 21, 2016 Initial Pretrial Conference

Dear Judge Furman:

    This law firm represents Plaintiff Ariel Hoenig in the above-captioned matter. I write with regard to the Initial Pretrial Conference currently scheduled for Thursday, April 21, 2016.

    In light of Your Honor's Order from yesterday, the parties conferred and agreed that adjourning the Initial Pretrial Conference until after the settlement conference would be beneficial. An adjournment would allow the parties to continue their settlement discussions and further their efforts to resolve this matter at or before the settlement conference. As such, the parties jointly request that Your Honor adjourn the Initial Pretrial Conference until after the settlement conference which is scheduled for Monday, May 16, 2016.

    Thank you for Your Honor's consideration of this matter.

                                  [*signature to follow*]

Marc A. Citron - Princeton Managing Partner
650 College Road East, Suite 4000 ◆ Princeton, NJ 08540-6603 ◆ Phone: (609) 452-3100 ◆ Fax: (609) 452-3122

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

                                Respectfully submitted,

Dated: April 14, 2016        By:   /s/ Michael Rowan
                                Michael Rowan
                                650 College Road East, Suite 4000
                                Princeton, New Jersey 08540
                                Tel.: (609) 452-3100
                                mrowan@saul.com

                                555 Fifth Avenue, Suite 1700
                                New York, New York 10017

                                Donald A. Rea (admitted *pro hac vice*)
                                500 East Pratt Street, 8th Floor
                                Baltimore, Maryland 21202-3133
                                Tel.: (410) 332-8600
                                drea@saul.com

cc:    Paul Verner, Esq. (via ECF)
        Ariel Hoenig (via email)