```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
ARIEL HOENIG,                                                     :
                                                                  :
                         Plaintiff,                               :      15-CV-9923 (JMF)
                                                                  :
            -v-                                                   :           REVISED
                                                                  :      SCHEDULING ORDER
DREAMBUILDER INVESTMENTS, LLC, et al.,                            :
                                                                  :
                         Defendants.                              :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

In light of the pending Motion to Dismiss (Docket No. 68), the conference in this matter, previously scheduled for **May 23, 2016**, at **2:30 p.m.**, is adjourned *sine die*.

SO ORDERED.

Dated: May 9, 2016
       New York, New York

_____
JESSE M. FURMAN
United States District Judge